UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-62098-BLOOM/White

KENNETH M. SMITH,

    Plaintiff,

v.

OFFICER SCOTT ISRAEL, R. FOUST,
ATHOL CLAYTON, DEPUTY C. ANDA,
J. GREENE, G. POWELL, and DEPUTY R.
MAYNES,

    Defendants.
    _____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon Plaintiff's *pro se* Complaint, ECF Nos. [1], filed pursuant to 42 U.S.C. § 1983, which was referred to the Honorable Patrick A. White for a Report and Recommendation ("R&R") on all dispositive matters. *See* ECF No. [2]. On October 1, 2018, Judge White issued a Preliminary R&R recommending that Plaintiff's claims against Lieutenant R. Foust, Sergeant A. Clayton, Deputy C. Anda, Deputy J. Greene, Deputy G. Powell, and Deputy R. Maynes proceed; that the Complaint be dismissed against Sheriff Scott Israel for failure to state a claim under § 1915A; and that the request for a temporary injunction be denied. *See* R&R, ECF No. [6]. The R&R advised Plaintiff that "[o]bjections to this report may be filed with the District Judge within fourteen days of receipt of a copy of the report," making Plaintiff's objections due by October 15, 2018. *Id.* at 13. To date, Plaintiff has filed no objections, nor has Plaintiff sought additional time to file objections.

Nonetheless, the Court has conducted a *de novo* review of Magistrate Judge White's R&R and the record and is otherwise fully advised in the premises. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)).

Upon review, the Court finds Judge White's R&R to be well reasoned and correct. The Court agrees with the analysis in Judge White's R&R, and accordingly, it is **ORDERED AND ADJUDGED** as follows.

1. Magistrate Judge White's R&R, **ECF No. [6]**, is **ADOPTED**;
2. The claims of excessive use of force against Lieutenant R. Foust, Sergeant A. Clayton, Deputy C. Anda, Deputy J. Greene, Deputy G. Powell, and Deputy R. Maynes shall proceed;
3. The claims against Sheriff Scott Israel are **DISMISSED**;
4. The request for a temporary injunction is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 22nd day of October, 2018.

_____
**BETH BLOOM
UNITED STATES DISTRICT JUDGE**

Copies to:

The Honorable Patrick A. White

Kenneth M Smith, *pro se*
231601059
Broward County Main Jail
Inmate Mail/Parcels
Post Office Box 9356
Fort Lauderdale, FL 33310